UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | |
|---|---|
| Case No. 2:24-cv-05490-MEMF-AS | Date December 18, 2025 |
| Title Kai Liu et al v. Sealy Inc. et al | Page 1 of 1 |

Present: The Honorable **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Lesbith Castillo | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Charlotte Mikat-Stevens | Courtney Chambers |

**Proceedings: PLAINTIFF'S MOTION TO REMAND [57]
DEFENDANT'S MOTION TO COMPEL ARBITRATION [58]
(VIA ZOOM)**

The case is called and counsel state their appearance. The Court invites counsel to present oral arguments. For the reasons stated on the record, the matters are taken under submission. Order to issue.

**IT IS SO ORDERED.**